155 A.3d 897

**MATTHEWS, Charlie**

v.

**STATE of Maryland**

**Pet. Docket No. 583, Sept. Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

Opinion of the Court of Special Appeals unreported (No. 2318, Sept. Term, 2015).

Petition for writ of certiorari denied

■

155 A.3d 897

**MCCLELLAN, Marcelle James**

v.

**STATE of Maryland**

**Pet. Docket No. 467, Sept. Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

Opinion of the Court of Special Appeals unreported (No. 1564, Sept. Term, 2015).

Petition for writ of certiorari dismissed